HARRY HANSEN, an Infant, by OTTO HANSEN, His Guardian ad Litem, Respondent, v. HENRY STOLL, JR., by His Guardian ad Litem, HENRY STOLL, SR., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

KATHLEEN HOLLAND, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of ANTON ALBERT and Others, Respondents, for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of FRANK A. CROWE, an Attorney and Counselor at Law.— On consent, respondent disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Petition of EMMA E. HAAR to Render and Settle Her Account as Administratrix with the Will Annexed, etc., of GEORGE HAAR, Deceased, Appellant. LESTER F. J. MOLLER and Others, as Executors, etc., of ANNIE J. HAAR, Deceased, Respondent.* — Motion for reargument granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. On reargument: That part of the decree of the Surrogate's Court of Kings county which confirmed the report of the referee and allowed the claim of the executors of the last will and testament of Annie J. Haar, deceased, to the extent of $5,298.92, with interest from January 12, 1932, reversed on the law and the facts and said claim disallowed; that part of the decree which awards certain sums for the services of the referee and of the stenographer is modified so as to provide that such sums be paid out of the estate of Annie J. Haar, deceased, and as so modified the decree in that respect is affirmed; costs to the appellant out of the estate of Annie J. Haar, deceased. In our opinion, the burden was on the representatives of Annie Haar to prove the claim of her estate, which burden did not shift and was not sustained by the proofs. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur. [See 240 App. Div. 1006.]

In the Matter of the Petition of MARY ANN WATSON to Prove the Last Will and Testament and Codicil of MARTHA J. MULLIN, etc., Deceased. MARY ANN WATSON, as Executrix, etc., of MARTHA J. MULLIN, Deceased, Appellant; JAMES T. GARDINER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MARY A. MANGAN, Administratrix, etc., of THOMAS J. O'SHAUGHNESSY (Also Known as THOMAS JOSEPH O'SHAUGHNESSY), Deceased, WILLIAM C. MCCLELLAND, Claimant, Appellant; MARY A. MANGAN, Administratrix, etc., and CHARLES W. FROESSEL, Special Guardian for FRANCIS M. O'SHAUGHNESSY and Another, Infants, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.